UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BONNIE HUNTER,

                Plaintiff,

v.

MEMBERSELECT INSURANCE
COMPANY and OAKWOOD
HEALTHCARE SYSTEM
GROUP HEALTH PLAN,

                Defendants.

_____/

Case No. 16-12507

Honorable Robert H. Cleland
United States District Court Judge

## **STIPULATION AND ORDER**

     This matter having come before the Court on the stipulation of Plaintiff and Defendant Oakwood Healthcare System Group Health Plan,

     Defendant Oakwood Healthcare System Group Health Plan agrees that it and its agents will not recoup or attempt to recoup any funds from Plaintiff or her agents that Plaintiff has received or may receive as a result of his settlement of the case entitled Bonnie Hunter, et al. v. Alexander McDonnell, Wayne County Circuit Court Case No. 15-005672-NI; and

     Defendant Oakwood Healthcare System Group Health Plan agrees that it and its agents will withdraw all liens they have served against funds Plaintiff has received or may receive as a result of his settlement of the case entitled Bonnie

Hunter, et al. v. Alexander McDonnell, Wayne County Circuit Court Case No. 15-005672-NI; and

Plaintiff agrees that she will dismiss all claims asserted in the above-captioned matter against Oakwood Healthcare System Group Health Plan; and

The Court being advised in the premises,

IT IS ORDERED that Plaintiff's claims against Oakwood Healthcare System Group Health Plan are dismissed with prejudice and without costs or attorney fees.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2016, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Stipulated as to form and substance:

| \_\_s/ Robert B. June (w/consent)_____ | \_\_s/ William E. Altman_____ |
|---|---|
| LAW OFFICES OF ROBERT JUNE, P.C. | THE MURRAY LAW GROUP, P.C. |
| By: Robert B. June (P51149) | By: William E. Altman (P52788) |
| 415 Detroit Street, 2nd Floor | 31780 Telegraph Road, Suite 200 |
| Ann Arbor, MI 48104-1117 | Bingham Farms, MI 48025 |
| (734) 481-1000 | (248) 540-8019 |
| Attorneys for Plaintiff | Attorneys for Defendant Oakwood Healthcare System Group Health Plan |

2