UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BONNIE HUNTER,

    Plaintiff,

v.

MEMBERSELECT INSURANCE
COMPANY and OAKWOOD
HEALTHCARE SYSTEM
GROUP HEALTH PLAN,

    Defendants.

Case No. 16-12507

HON. ROBERT H. CLELAND
United States District Judge

HON. ELIZABETH A. STAFFORD
Magistrate Judge

_____

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court having reviewed the stipulation of the parties, acknowledging that claims involving Defendant Oakwood Healthcare System Group Health Plan have been dismissed previously, and otherwise being advised fully in the premises;

IT IS HEREBY ORDERED that the remaining claims involving Defendant MemberSelect Insurance Company are dismissed without prejudice and without costs assessed against any party.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 7, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 7, 2016, by electronic and/or ordinary mail.

          S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

## Stipulation

The remaining parties, through counsel, stipulate to entry of this order, which is approved as to form and content.

| | |
|---|---|
| s/Robert B. June | s/Elaine I. Harding |
| Robert B. June | Elaine I. Harding |
| Law Offices of Robert June, P.C. | Hom Killeen Arene Hoehn & Bachrach |
| Attorney for Plaintiff | Attorneys for Defendant MemberSelect |